UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher Neal,
              Plaintiff,
  -AGAINST-
Romaine Wilson, Police Officer
;Osvaldo Maldonado,
Police Officer; Coty Green,
Police Officer; Baudilo
Garciarivas, Police Officer;
Angel Bones, Police Sargeant;
David Camhi, Police Lieutenant;
Jose Marrero, Detective and
John Scollo, Detective,
              Defendant(s).

AMENDED COMPLAINT

42 U.S.C. § 1983

Neal vs Wilson, et. al.,

15-cv-2822 (RA) (FM)

Jury Trial: DEMANDED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/15

1.                        PARTIES

A. Plaintiff: Christopher Neal 14R1420
               112 Scotch Settlement Road
               Gouverneur, N.Y. 13642-0370

B. Defendant(s): Police Officer, R. Wilson Shiel No.910
                 40th Precinct
               257 Alexander Avenue
               Bronx, N.Y. 10454

            2 Juan Rodriguez, Police Officer Shield No.14964
              43rd Precinct
              900 Fteley Avenue
              Bronx, N.Y. 10473

            3 Osvaldo Maldonado, Police Officer Shield No.15051
              40th Precinct
              257 Alexander Avenue
              Bronx, N.Y. 10454

            4 Coty Green, Police Officer Shield No. 14012
              40th Precinct
              257 Alexander Avenue
              Bronx, N.Y. 10454

            5 Baudilo Garciarivas, Police Officer Shield No. 10251
              40th Precinct
              257 Alexander Avenue
              Bronx, N.Y. 10454

            6 Angel Bones, Police Sargeant (RETIRED)
              One Police Plaza
              New York, N.Y. 10007

            7 David Camhi, Police Lieutenant*
              NARCOTICS BOROUGH BRONX
              One Police Plaza
              New York, N.Y. 10007

*( At the time in question in the complaint he was a Sargeant)

```
      8 Jose Marrero, Detective      Shield No.3452
        NARCOTICS BOROUGH BRONX
        One Police Plaza
        New York, N.Y. 10007
      9 John Scollo, Detective       Shield No.5391
        NARCOTICS BOROUGH BRONX
        One Police Plaza
        New York, N.Y. 10007
```

2.        STATEMENT  OF  CLAIM(S)

A. Defendants: Wilson, Rodriguez, Maldonado, Green, Garciarivas, Sgt. Bones,Lt. Camhi, Detective Marrero and Detective Scollo acting under the color of state law knowingly, wickedly, intelligently, intentionally and deceitfully violated plaintiff's First, third, fourth, fifth, Sixth, and Eighth Constitutional Rights of the United States of America To Wit:

1. On or about 11/23/12 at approaximately 2:10 am plaintiff was tending to his wound in his place of residency at 805 East 156th street, Bronx,N.Y.10455, when Police Officers J. Rodriguez, O. Maldonado, R. Wilson, C. Green, B. Garciarivas, Lt. Camhi and Sgt Bones <u>unlawfully</u> entered apartment No. 3 without said permission to do so.

2. At this time Police Officer(J. Rodriguez or O. Maldonado) looked at the plaintiff and told plaintiff to come with them. The plaintiff clearly stated to these officers, that he was not coming with them and that , he had no reason to go with them. At that time, plaintiff then presented his New York State identification to the officers. Police Officer J. Rodriguez or O. Maldonado then became very agressive and forcefully grabbed the plaintiff by the left arm trying and arm bar, with the assistance of the other officer(O. Maldonado or J. Rodriguez), an another officer( C. Green or B. Garciarivas).

3. Lieutenant D. Camhi(then Sgt.), strated screaming " STOP RESISTING " when the plaintiff was not resisting at all. At this particular time Lieutenant(Lt.) Camhi took out a tasser-gun and began tassering plaintiff all over his body, back area and left hip are.While other Police Officers all found this amusing and began yelling "HIT HIM AGAIN, HIT HIM AGAIN". At this time more officers came and most of the officersbegan to physically punch and shove plaintiff while he was bleeding from a head wound,(he) plaintiff didn't understand WHY these officers were literally Assaulting him, when he the plaintiff did nothing at all to provoke such Assault.

4. Shortly after being tassed multiple times and punched by officers. Plaintiff was then thrown into a room doorby (C.Green, B. Garciarivas,R. Wilson, J. Rodrigeuz, O. Maldonado, and Sgt. A. Bones) when he suddenly experienced severe lower back spasm/pain.

5. Plaintiff was thrown towards a downward fall by the defendant defendants and landed on a bed. Plaintiff in fear looking around saw R. Wilson pull out a retractable BATON which he (R. Wilson) then beat the plaintiff with several strikes. After several of these strikes the plaintiff then stated: " YO! WILSON YOU WANT TO STOP FUCKING HITTING ME!!!" Being suprised that the plaintiff knew his name he stopped and stepped to the otherside of the room. During the beating with the BATON plaintiff was held down by the rest of the defendants( J. Rodriguez, Maldonado, Green, Bones, Garciarivas).

6. Plaintiff was handcuffed taken tout of his place of residence and put in a patrol van, which took him to Lincoln Hospitol. While on his way to the hospitol plaintiff kept repeating that he wanted to file assualt charges because he was assualted with a bottle, and nothing was done about it. Plaintiff refused stitches at the hospitol and was arrested at the 40th Precinct. J. Rodriguez or O. Maldonado was in the van to the hospitol. Plaintiff was finger printed and taken before a Judge later that night. The Judge gave plaintiff a R.O.R.(Release on Recognises), during his arrignment of the following charges: Assualt in the Third Degree; Resisting Arrest; Menacing in the Third Degree and Harassment in the Second Degree. These bogus charges were finally DISMISSED on April 18, 2013, and sealed on May 3,2013.

B. On or about 8/20/12 at approaximately 3:05pm plaintiff was taking his 2 year old daughter and nephew to the conner store at 756 East 156th Street, when an officer(Detective J.Marrero) asked plaintiff was his name "CUBA". At the time the detective never stated he was an officer, this detective bandished his weapon, inwhich plaintiff then proceeded to push his daughter and nephew into the store. Plaintiff's daughter then strated screaming and crying. The detective then proceeded to handcuff the plaintiff and walk him across the street.

1. The plaintiff's daughter was brought out the store and crossed the street with her mother(Audrey Barnes) sister, and 2 cousins when she attempted to go to her father(plaintiff). The Detectives Marrero & Scollo stepped in and so did her mother. At this time she started once again screaming and crying because she was being denied her father. She was then pulled around the cornner by her mother screaming and crying.

2. Plaintiff was then told he was being arrested, and was taken to the 40th Precinct. Plaintiff was taken before a Judge later that night after he was friger printed. The Judge gave the plaintiff R.O.R.(Release on Recognises) during his arrignment of the following Charges: Criminal Sale of a Controlled Substance in the Third Degree; Criminal Possession of a Controlled Substance in the Thrid Degree with Intent to Sell and Criminal Possession of a Controlled Substance in the Seventh Degree. These bogus charges were DISMISSED also.

C.      Breach of Duty to Protect

Defendant(s) Rodriguez, Maldonado, Green, Garciarivas, Wilson, Camhi and Bones exercised deliberate indifference to plaintiff's health and safety by allowing the others to physically Assualt the plaintiff although the plaintiff was already bleeding from a severe head wound.

1. Defendant Wilson exercised deliberate indifference to plaintiff's health and safety by administrating Corpol punishment to the plaintiff while he was held down by defendant's Green, Garciarivas, Rodriguez, Maldonado, and Bones by beating plaintiff with a retraetable baton.

2. Defendant Camhi exercised deliberate indifference to plaintiff health and safety by TASSERING plaintiff numerous times ALL over his hipps and Back while he had a head injury the was bleeding and he was being acosted by defendants Maldonado and Rodriguez

3. Defendants Marrero and Scollo exercised deliberate indifference by unlawfully charging plaintiff with bogus charges and submitting lying statements to support those charges.

4. Defendant Bones exercised deliberate indifference by authorizing the arrest of the plaintiff through this false statement when there was no supporting evidence.

D. Defendants Bones, Marrero, and Scollo exercised deliberate indifference to plaintiff's safety by subjecting him to Malicous Prosecotion.

1. Defendants Rodriguez, Maldonado, Green, Garciarivas, Bones, Camhi, and Wilson exercised deliberate indifference to plaintiff' safety by not arresting the person whom plaintiff told defendants hit him in the head with a bottle.

E.      Excessive Force Usage

Defendants Wilson, Camhi, Green, Garciarivas, Maldonado, Bones, and Rodriguez unnecessarilly usage of punches, baton, tasser, and other thing exercised deliberate indifference to plaintiff's health and safety due using extreme force for no reason on the plaintiff when he had a severe Head Injury other than plaintiff STATING he did not wish to leave his residency.

## INJURIES

As a result of being tassed and beat with the retractable bato baton, the plaintiff had little holes in his backand hipps area from the tasser prongs, and lowwer back pain/spasm,(2) plaintiff also had to report to see his Parole Officer on a WEEKLY basis when he had earnt his way to reporting on a monthy basis and had to walk to his Parole meetings and Court dates because he did not have funds for his transportation.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff filed a complaint with the Civilian Complaint Review Board with an Inspector Gonzalez and was given a complaint number of 201411561. Inspector Gonzalez then stated that he was fowardin the complaint to I.A.D. and that plaintiff should contact them if I wished to keep an update on the complaint.

## RELIEF

A. Plaintiff request for Compensatory Damages the amount of $2,300,000.00 dollars, and

B. Punative Damages plaintiff request $2,000.000.00 dollars each defendant.

C. Plaintiff's Compensatory Damage request is based upon the defendants ASSUALT of the plaintiff by BOTH physically beating plaintiff when he had a severe head injury, and the warantless shooting plaintiff with a stun gun (tasser) over 5 times.

D. Plaintiff Punative Damages request is based upon each defendant refused to stop the other from their ACTIONS although they knew it was wrong, and they choose NOT to administer their CIVIL DUTY to <u>PROTECT THE INNOCENT</u>.

## PREVIOUS LAWSUITS

A. Plaintiff is not filing this lawsuit for any wrong doing while incaarcerated, nor does any facts deal with the plaintiff being in jail.

B. Plaintiff has had a previous lawsuit Neal vs Bryne, et. al. docket a number 00-cv-323, the case was settled in favor of the plaintiff. Plaintiff can not remeber any other cases or their docket numbers.

I declare under the penal of perjury that the foregoing is True and CORRECT.

Sign This 5th day of December 2015.

Signature of Plaintiff: Christopher Neal

Inmate Numbers: 14R1420

Institutionion Address:   Gouvernuer Corr. Facility
                          112 Scotch Settlement Road
                          GOUVERNEUR, N.Y. 13642-0370

I declare under the penalty of perjury that on this 5th day of December 2015, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of United States District Court for the Southern District of New York.

x Christopher Neal

12/5/15

Christopher Neal #14R1420
112 Scotch Settlement Road
GOUVERNEUR, N.Y. 13642

RECEIVED
SDNY PRO SE OFFICE
2015 DEC -9 PM 2:40

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Neal vs Wilson, et. Al.,
15-CV-2822 (RA)(FM)
Submittion of AMENDED
COMPLAINT WITH NAMED
JOHN DOES

Dear Sir/Madam

In accordance to the Courts ruling of the Honorable Magistrate Frank Maas plaintiff is hereby submitting the herein Amended Complaint within 30 days of recieving the John Doe names in the original Complaint.

Thank You!

Yours,
x Christopher Neal

cc: Katherine Byrns
100 Church Street
New York, N.Y. 10007

I declare under the penalty of perjury that on 5th of December 2015, I placed in a official United States Mail Box, this letter with the Amended complaint to be mailed to Katherine Byrne, 100 Church Street, N.Y., N.Y. 10007.

x Christopher Neal

cc: C. Neal
    files

**GOUVERNEUR CORRECTIONAL FACILITY**
P.O. BOX 480
GOUVERNEUR, NEW YORK 13642-0370

NAME: Mr. Christopher Neal    DIN#: 14R1430

FIRST-CLASS MAIL
neopost
12/07/2015
US POSTAGE $000.70⁵
ZIP 13642
041L11253705

Gouverneur
Correctional Facility

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Legal Mail   Legal Mail

Legal Mail

USM P3
SDNY
RECEIVED
SDNY PRO SE OFFICE
2015 DEC -9 PM 2:40

Legal Mail

Printed on Recycled Paper

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Mr. C. Neal    DIN: 14R1430